JOHN C. COURTNEY, ESQ.
Nevada Bar No. 11092
JOSE E. VALENZUELA, III, ESQ.
Nevada Bar No. 12510
LBC LAW GROUP
3215 W. Charleston Blvd., Ste. 120
Las Vegas, Nevada 89102
Ph.: (702) 608-3030
Fax: (702) 463-4443
info@lbclawgroup.com
*Attorneys for Defendant HKM Productions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas,<br><br>Plaintiff<br><br>v.<br><br>Christopher Fava, an individual; Jaime Monardes, an individual; Eclipse Theater, LLC, a Nevada limited liability company; Eclipse Theater Las Vegas, Limited Partnership, a Delaware Limited Partnership; 21 Greens Inc., a Nevada corporation; Federal Insurance Company, an Indiana corporation; HKM Productions Inc., a Nevada corporation,<br><br>Defendants. | Case No.: 2:18-cv-00036-JCM-CWH |

## STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER
### (First Request)

IT IS HEREBY STIPULATED AND AGREED by and between Defendant HKM Productions, Inc. ("Defendant") and Plaintiff Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas ("Plaintiff"), by and through their respective undersigned counsel, to extend the deadline for Defendant to file its answer to the Plaintiff's Complaint from its current deadline currently set for

1

February 4, 2018, by an additional thirty (30) days, until March 6, 2018. This is the first requested extension of this deadline between the parties. The extension is being requested as Counsel for Defendant and Plaintiff wish to engage in settlement negotiations.

The extension will not prejudice any party and will allow Defendant to gather and produce informal discovery and subsequently engage in negotiations with Plaintiff prior to the parties incurring litigation fees and costs which could serve to prejudice the parties by causing what could be used as settlement proceeds to instead be used for litigation fees and costs. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

IT IS SO STIPULATED this 1st day of February, 2018.

| LBC LAW GROUP | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By:/s/ John C. Courtney, Esq.<br>JOHN C. COURTNEY, ESQ.<br>Nevada Bar No. 11092<br>JOSE E. VALENZUELA III, ESQ.<br>Nevada Bar No. 12510<br>3215 W. Charleston Blvd., Ste. 120<br>Las Vegas, Nevada 89102<br>Ph.: (702) 608-3030/Fax: (702) 463-4443<br>Info@LBCLawGroup.com<br>*Attorneys for Defendant HKM Productions* | By: /s/ Bryce C. Loveland, Esq.<br>ADAM P. SEGAL, ESQ.<br>Nevada Bar No. 6120<br>BRYCE C. LOVELAND, ESQ.<br>Nevada Bar No. 10132<br>100 North City Pkwy., Suite 1600<br>Las Vegas, Nevada 89106<br>Ph.: (702) 382-2101/Fax: (702) 382-8135<br>bcloveland@bhfs.com<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED.

DATED: February 6, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE