ROBERT S. LARSEN, ESQ.
Nevada State Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada State Bar No. 10596
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
rlarsen@grsm.com
dgluth@grsm.com

*Attorneys for Defendant Christopher Fava*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA JOINT MANAGEMENT AND CULINARY AND BARTENDERS TRAINING FUND DBA CULINARY ACADEMY OF LAS VEGAS,<br><br>    Plaintiffs,<br><br> v.<br><br>CHRISTOPHER FAVA, AN INDIVIDUAL; JAIME MONARDES, AN INDIVIDUAL; ECLIPSE THEATER LLC, A NEVADA LIMITED LIABILITY COMPANY; ECLIPSE THEATRE LAS VEGAS, LIMITED PARTNERSHIP, A DELAWARE LIMITED PARTNERSHIP; 21 GREENS INC, A NEVADA CORPORATION; FEDERAL INSURANCE COMPANY, AN INDIANA CORPORATION; HKM PRODUCTIONS INC., A NEVADA CORPORATION,<br><br>    Defendants. | CASE NO. 2:18-cv-00036-JCM-CWH<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME FOR CHRISTOPHER FAVA TO RESPOND TO COMPLAINT** |

    Plaintiffs Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas ("Plaintiffs") and Christopher Fava ("Defendant Fava") hereby stipulate and request that the Court enter an order extending the time by which Defendant Fava may respond to the Complaint. Plaintiffs and Defendant Fava hereby agree and stipulate to the following:

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1. WHEREAS on January 9, 2018, Plaintiffs filed their Complaint (ECF No. 1);

2. WHEREAS on January 13, 2018, Plaintiffs served Defendant Fava (ECF No. 8);

3. WHEREAS, a representative for Defendant Fava requested an extension of time to respond to the Compliant which Plaintiff agreed to extend the time to respond to March 1, 2018 (19 days). No stipulation was filed for this request.

4. WHEREAS, Defendant Fava tendered a claim with his insurance company Chubb insurance.

5. WHEREAS, on February 12, 2018, Chubb insurance appointed Gordon & Rees Scully Mansukhani to represent Defendant Fava in this matter.

6. WHEREAS, on February 12, 2018, Counsel for Defendant Fava contacted counsel for Plaintiffs to request a 45 day extension of time to respond to the Complaint. Counsel for Plaintiffs responded that additional time had already been granted and asked for further information as to why additional time was warranted. On February 13, 2018, Counsel to Defendant Fava explained that Chubb retained Gordon & Rees on February 12, 2018, and that counsel needs 30 days to review documents, witnesses, and other information in order to prepare a response to the lengthy allegations of the Complaint. Counsel for Plaintiff agreed to an extension for another 30 days.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

7. WHEREAS, the original deadline to respond to the Complaint was February 3, 2018;

IT IS THEREFORE STIPULATED and agreed to by and between Plaintiffs and Defendant Fava that Defendant Fava has up to and including March 15, 2018 to respond to the Complaint.

**GORDON REES SCULLY MASUKHANI LLP**

By: /s/ Robert S. Larsen
ROBERT S. LARSEN, ESQ
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada State Bar No. 10596
300 So. 4th Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Defendant Christopher Fava*

**BROWNSTEIN HYATT FARBER SCHECK, LLP**

By: */s/ Bryce C. Loveland*
ADAM P. SEGAL, ESQ.
Nevada Bar No. 6120
BRYCE C. LOVELAND, ESQ.
Nevada Bar No. 10132
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 16, 2018

MGT/8011106/36825495v.1