Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: asegal@bhfs.com
       bcloveland@bhfs.com

Attorneys for Plaintiff Board of Trustees of the
Southern Nevada Joint Management and Culinary and
Bartenders Training Fund dba Culinary Academy of
Las Vegas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas,<br>           Plaintiff,<br>v.<br>Christopher Fava, an individual; Jaime Monardes, an individual; Eclipse Theater LLC, a Nevada limited liability company; Eclipse Theater Las Vegas, Limited Partnership, a Delaware Limited Partnership; 21 Greens Inc, a Nevada corporation; Federal Insurance Company, an Indiana corporation; HKM Productions Inc., a Nevada corporation,<br>           Defendants. | CASE NO.: 2:18-cv-00036-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff, the Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas ("CALV") by and through their undersigned counsel of record, and Defendant, Federal Insurance Company ("Federal") by and through its undersigned counsel of record, stipulate and request an order extending the Trust's response deadline to Federal's Motion to Dismiss [ECF No. 29] filed March 7, 2018, by

16600152           1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

fourteen days from March 21, 2018, to April 4, 2018. The parties also stipulate and request that Federal's reply in support of its Motion to Dismiss be due on April 18, 2018.

The pending extension request will have no prejudice and is not sought for an improper purpose or delay.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | PYATT SILVESTRI |
|---|---|
| /s/ Bryce C. Loveland | /s/ James Silvestri |
| Adam P. Segal. Esq.<br>Nevada Bar No. 6120<br>Bryce C. Loveland, Esq.,<br>Nevada Bar No. 10132<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135<br>Email: asegal@bhfs.com<br>bcloveland@bhfs.com | James P. C. Silvestri, Esq.<br>Nevada Bar No. 3603<br>701 Bridger, Suite 600<br>Las Vegas, NV 89101<br>Telephone: 702.383.6000<br>Facsimile: 702.477.7787<br>Email: jsilvestri@pyattsilvestri.com<br><br>Angelo Savino, Esq. (Pro Hac Vice)<br>COZEN O' CONNOR<br>New York Bar No. 17880066<br>45 Broadway, Suite 1600<br>New York, NY 10006<br>Telephone: (212) 908-1248 |
| *Attorneys for Plaintiff* | *Attorneys for Federal Insurance Company* |
| Dated: March 13, 2018. | Dated: March 13, 2018. |

**O R D E R**

**IT IS SO ORDERED that CALV'S response to Federal's Motion to Dismiss is due April 4, 2018, and Federal's reply in support to the Motion to Dismiss is due April 11, 2018.**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** March 15, 2018

**CASE NO. 2:18-cv-00036-JCM-CWH**

16600152

2

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on March 13, 2018, I served a true copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINES TO MOTION TO DISMISS** via:

☒  a.  **CM/ECF System**

| | |
|---|---|
| Mark J. Connot, Esq.<br>FOX ROTHSCHILD LLP<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135<br>Telephone: (702) 262-6899<br>Facsimile: (702) 597-5503<br>Email: mconnot@foxrothschild.com | John C. Courtney, Esq.<br>Jose E. Valenzuela III, Esq.<br>LBC Law Group<br>3215 W Charleston Blvd., Suite 120<br>Las Vegas, NV 89102<br>Telephone: (702) 608-3030<br>Facsimile: (702) 463-4443<br>Email: Info@LBCLawGroup.com |
| *Attorney for Defendants Eclipse Theater, LLC, Eclipse Theater Las Vegas, Limited Partnership, and 21 Greens, Inc.* | *Attorneys for HKM Productions* |

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Ebony Davis
An Employee of Brownstein Hyatt Farber Schreck, LLP

16600152

3