ADAM P. SEGAL, ESQ., Nevada Bar No. 6120
BRYCE C. LOVELAND, ESQ., Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
asegal@bhfs.com
bcloveland@bhfs.com

*Attorneys for Plaintiff Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas,<br><br>Plaintiff,<br><br>v.<br><br>Christopher Fava, an individual; Jaime Monardes, an individual; Eclipse Theater LLC, a Nevada limited liability company; Eclipse Theater Las Vegas, Limited Partnership, a Delaware Limited Partnership; 21 Greens Inc, a Nevada corporation; Federal Insurance Company, an Indiana corporation; HKM Productions Inc., a Nevada corporation,<br><br>Defendants. | CASE NO.: 2:18-cv-00036-JCM-CWH<br><br>**[PROPOSED] ORDER GRANTING CALV'S MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS AND FOR SERVICE BY PUBLICATION** |

This matter comes before the Court on Plaintiff the Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas's ("CALV") Motion for Extension of Time and Service by Publication. The current deadline for service of process is April 9, 2018. CALV seeks an extension of the deadline to July 8, 2018, and leave for service by publication.

16616451                                  1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

Federal Rule of Civil Procedure (4)(e)(1) permits service pursuant to the law of the state where the district court is located and Fed. R. Civ. P. Rule 4(m) permits an extension of time for service upon a showing of good cause. Nevada Rule of Civil Procedure 4(e)(1)(i) permits service by publication by court order if (1) the person on whom service is to be made cannot be found within the state; (2) a cause of action exists against that person; and (3) the person is a necessary or proper party to the action.

The Court finds CALV has diligently attempted to serve Defendant Jaime Monardes ("Monardes"), a cause of action exists against Monardes, and Monardes is a proper party to the action. The Court also finds CALV established good cause for an extension of time to permit service by publication.

**IT IS HEREBY ORDERED** that CALV's Motion for Extension of Time for Service of Process and for Service by Publication be granted.

**IT IS FURTHER ORDERED** that the summons shall be published at least once a week in the Nevada Legal News, for a total of four weeks.

**IT IS FURTHER ORDERED** that pursuant to Nevada Rule of Civil Procedure 4(e)(1)(iii), a copy of the summons and complaint be mailed to 312 Windmere Street, Henderson, Nevada 89074 via United States Postal Service First Class Mail.

**IT IS FURTHER ORDERED** that service shall be deemed complete at the expiration of four weeks of publication in the Nevada Legal News or four weeks after mailing a copy of the complaint and summons to 312 Windmere Street, Henderson, Nevada 89074, whichever event occurs later.

///

///

**IT IS FURTHER ORDERED** that the deadline to serve is extended ninety (90) days, from April 9, 2018 to July 8, 2018.

DATED this March 15 ___, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

_____
ADAM P. SEGAL, ESQ., Nevada Bar No. 6120
BRYCE C. LOVELAND, ESQ., Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
asegal@bhfs.com
bcloveland@bhfs.com

Attorneys for Plaintiff

16616451

3