Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: asegal@bhfs.com
       bcloveland@bhfs.com

Attorneys for Plaintiff Board of Trustees of the
Southern Nevada Joint Management and Culinary and
Bartenders Training Fund dba Culinary Academy of
Las Vegas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas,<br>　　　　　　Plaintiff,<br>v.<br>Christopher Fava, an individual; Jaime Monardes, an individual; Eclipse Theater LLC, a Nevada limited liability company; Eclipse Theater Las Vegas, Limited Partnership, a Delaware Limited Partnership; 21 Greens Inc, a Nevada corporation; Federal Insurance Company, an Indiana corporation; HKM Productions Inc., a Nevada corporation,<br>　　　　　　Defendants. | CASE NO.: 2:18-cv-00036-JCM-CWH<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINES TO MOTION TO DISMISS**<br><br>**[SECOND REQUEST]** |

Plaintiff, the Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas ("CALV") by and through their undersigned counsel of record, and Defendant, Federal Insurance Company ("Federal") by and through its undersigned counsel of record, hereby stipulate to amend the briefing deadlines in the Court's March 15, 2018, Order (ECF No. 35) granting the Stipulation to Extend Deadlines to

16623652　　　　　　　　　　　　　　　1

1  the Motion to Dismiss, filed on March 13, 2018 (ECF No. 32), and request an order extending the
2  Trust's response deadline from March 21, 2018, to April 4, 2018. The parties also stipulate and
3  request that Federal's reply in support of its Motion to Dismiss be due on April 18, 2018.
4      CALV's counsel requested this extension based on conflicting court deadlines and
5  hearings. In the interest of professional courtesy, Federal's counsel agreed that a 2-week
6  extension was appropriate. CALV, in turn, extended the same courtesy to Federal to align the
7  briefing schedules for all parties in this matter.
8  ///
12 ///
16 ///
20 ///
24 ///
28 ///

16623652  2

This is the Parties' second request for an extension of the briefing deadline dates. The pending extension request will have no prejudice and is not sought for an improper purpose or delay.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | PYATT SILVESTRI |
| /s/ Bryce C. Loveland | /s/ James P.C. Silvestri |
| Adam P. Segal. Esq., NV Bar No. 6120<br>Bryce C. Loveland, Esq. , NV Bar No. 10132<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135<br>Email: asegal@bhfs.com<br>       bcloveland@bhfs.com<br><br>*Attorneys for Plaintiff* | James P. C. Silvestri, Esq., NV Bar No. 3603<br>701 Bridger, Suite 600<br>Las Vegas, NV 89101<br>Telephone: 702.383.6000<br>Facsimile: 702.477.7787<br>Email: jsilvestri@pyattsilvestri.com<br><br>Angelo Savino, Esq. (Pro Hac Vice)<br>COZEN O' CONNOR<br>New York Bar No. 17880066<br>45 Broadway, Suite 1600<br>New York, NY 10006<br>Telephone: (212) 908-1248<br><br>*Attorneys for Federal Insurance Company* |
| Dated: March 16, 2018. | Dated: March 16, 2018. |

**O R D E R**

**IT IS SO ORDERED that CALV'S response to Federal's Motion to Dismiss is due April 4, 2018, and Federal's reply in support to the Motion to Dismiss is due April 18, 2018.**

_____
UNITED STATES DISTRICT JUDGE
**DATED:** March 20, 2018
_____

**CASE NO. 2:18-cv-00036-JCM-CWH**

16623652

3

# **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on March 16, 2018, I served a true copy of the foregoing **AMENDED STIPULATION AND ORDER TO EXTEND DEADLINES TO MOTION TO DISMISS** via:

☒  a.  **CM/ECF System**

| | |
|---|---|
| Mark J. Connot, Esq.<br>FOX ROTHSCHILD LLP<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135<br>Telephone: (702) 262-6899<br>Facsimile: (702) 597-5503<br>Email: mconnot@foxrothschild.com<br><br>*Attorney for Defendants Eclipse Theater, LLC, Eclipse Theater Las Vegas, Limited Partnership, and 21 Greens, Inc.* | John C. Courtney, Esq.<br>Jose E. Valenzuela III, Esq.<br>LBC Law Group<br>3215 W Charleston Blvd., Suite 120<br>Las Vegas, NV 89102<br>Telephone: (702) 608-3030<br>Facsimile: (702) 463-4443<br>Email: Info@LBCLawGroup.com<br><br>*Attorneys for HKM Productions* |

Robert S. Larsen, Esq.
David T. Gluth II, Esq.
GORDON REES SCULLY MASUKHANI, LLP
300 South Fourth St., Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
Email: rlarsen@grsm.com
         dgluth@grsm.com

*Attorneys for Christopher Fava*

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Ebony Davis
An Employee of Brownstein Hyatt Farber Schreck, LLP

16623652

4