# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA JOINT MANAGEMENT AND CULINARY AND BARTENDERS TRAINING FUND dba CULINARY ACADEMY OF LAS VEGAS,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FAVA, et al.,<br><br>Defendants. | Case No. 2:18-cv-00036-JCM-CWH<br><br>**ORDER** |

This matter is before the court on plaintiff's motion for leave to file plaintiff's reply in support motion to dismiss defendant Jaime Monardes' counterclaim under seal (ECF No. 56), filed on June 14, 2018. Plaintiff argues that the reply contains excerpts from a confidential separation agreement executed by both parties. The court finds that the confidential nature of an agreement is not a compelling reason that outweighs the public's right to access the document. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The court will therefore deny plaintiff's motion to for leave to file its reply under seal.

IT IS THEREFORE ORDERED that plaintiff's motion for leave to file plaintiff's reply in support motion to dismiss defendant Jaime Monardes' counterclaim under seal (ECF No. 56) is DENIED.

IT IS FURTHER ORDERED that the clerk's office must unseal plaintiff's motion to dismiss (ECF No. 51), defendant's response (ECF No. 53), and plaintiff's reply (ECF No. 57).

DATED: June 26, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE