# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA JOINT MANAGEMENT AND CULINARY AND BARTENDERS TRAINING FUND dba CULINARY ACADEMY OF LAS VEGAS,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FAVA, et al.,<br><br>Defendants. | Case No. 2:18-cv-00036-JCM-CWH<br><br>**ORDER** |

Presently before the court is plaintiff the Board of Trustees of the Southern Nevada Joint Managements and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas' ("CALV") motion for order to show cause and motion for order shortening time (ECF Nos. 9, 10) filed on January 26, 2018. Defendants Eclipse Theater LLC, Eclipse Theater Las Vegas, Limited Partnership, and 21 Greens Inc. (together, the "Eclipse defendants") filed a response (ECF No. 17) on February 9, 2018, and plaintiff replied (ECF No. 21) on February 16, 2018.

On June 28, 2018, the court granted the Eclipse defendants' motion to dismiss. (ECF No. 61.) The court declined to exercise supplemental jurisdiction over plaintiff's state law claims, therefore terminating the Eclipse defendants from this case. (*Id.*) The court will therefore deny plaintiff's motion for order to show cause and motion for order shortening time (ECF Nos. 9,10) as moot.

IT IS THEREFORE ORDERED that plaintiff's motion for order to show cause and motion for order shortening time (ECF Nos. 9,10) are DENIED as moot.

DATED: July 20, 2018

_____
C.W. HOFFMAN, JR
UNITED STATES MAGISTRATE JUDGE