JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com

-and-

ANGELO G. SAVINO *(Pro Hac Vice)*
New York State Bar No. 1788066
COZEN O'CONNOR
45 Broadway Atrium, Suite 1600
New York, NY 10006
Tel: 212-908-1248
Fax: 917-521-5854
ASavino@cozen.com
Attorneys for Defendant,
FEDERAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA JOINT MANAGEMENT AND CULINARY AND BARTENDERS TRAINING FUND dba CULINARY ACADEMY OF LAS VEGAS,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER FAVA, an individual; JAIME MONARDES, an individual; ECLIPSE THEATER LLC, a Nevada limited liability company; ECLIPSE THEATER LAS VEGAS, Limited Partnership, a Delaware Limited Partnership; 21 GREENS INC., a Nevada corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; HKM PRODUCTIONS INC., a Nevada corporation,<br><br>Defendants. | CASE NO.: 2:18-cv-00036-JCM-CWH<br><br><br><br><br><br><br><br>**NOTICE OF WITHDRAWAL OF ATTORNEYS** |

COMES NOW, James P.C. Silvestri, Esq. of the law firm PYATT SILVESTRI, and Angelo G. Savino, Esq., of the law firm COZEN O'CONNOR, and hereby withdraw as attorneys of record for Defendant, FEDERAL INSURANCE COMPANY, in the above-entitled action,

pursuant to RULE 46 of the Supreme Court of the State of Nevada, in that an Order dismissing Defendant, FEDERAL INSURANCE COMPANY as a party in this case has been entered on July 2, 2018 [Doc. #62], and there are currently no further proceedings as to FEDERAL INSURANCE COMPANY before Court.

Dated this 6th day of November, 2018.

PYATT SILVESTRI

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Ave., Suite 600
Las Vegas, NV 89101

-and-

ANGELO G. SAVINO *(Pro Hac Vice)*
New York State Bar No. 1788066
COZEN O'CONNOR
45 Broadway Atrium, Suite 1600
New York, NY 10006
Tel: 212-908-1248
Fax: 917-521-5854
ASavino@cozen.com
Attorneys for Defendant,
*FEDERAL INSURANCE COMPANY*

IT IS SO ORDERED.

DATED: Nov 08, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **MOTION TO REMOVE ATTORNEYS FROM CM/ECF SERVICE** has been forwarded by electronic case filing via the United States District Court of the State of Nevada this 6th day November, 2018.

| | |
|---|---|
| Adam P. Segal, Esq.<br>Bryce C. Loveland, Esq.<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: 702-382-2101<br>Facsimile: 702-382-8135<br>asegal@bhfs.com<br>bcloveland@bhfs.com<br>*Attorney for Plaintiff* | Robert S. Larsen, Esq. (7785)<br>David T. Gluth, II, Esq. (10596)<br>GORDON REES SCULLY MANSUKHANI, LLP<br>300 S. Fourth St., Suite 1550<br>Las Vegas, NV 89101<br>rlarsen@grsm.com<br>dgluth@grsm.com<br>Attorneys for Defendant,<br>Christopher Fava |
| John C. Courtney, Esq.<br>Jose E. Valenzuela, III, Esq.<br>LUCHERINI BLAKESLEY COURTNEY, P.C.<br>3215 W. Charleston Blvd., Ste. 120<br>Las Vegas, NV 89102<br>Telephone: 702-608-3030<br>Facsimile: 702-463-4443<br>info@LBCLawgroup.com<br>*Attorneys for Defendant,*<br>*HKM Productions, Inc.* | M. Lani Esteban-Trinidad<br>THE THATER LAW GROUP, P.C.<br>7000 Smoke Ranch Road, Suite C<br>Las Vegas, NV 89128<br>Tel: 702-736-5297<br>Fax: 702-736-5299<br>lani@thaterlawgroup.com<br>*Attorney for Defendant*<br>*Jamie Monardes* |

/s/ *Barbara Abbott*
Employee of PYATT SILVESTRI