JAMES P. C. SILVESTRI
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com

-and-

ANGELO G. SAVINO
New York State Bar No. 1788066
COZEN O'CONNOR
45 Broadway Atrium, Suite 1600
New York, NY 10006
Tel: 212-908-1248
Fax: 917-521-5854
ASavino@cozen.com
Attorneys for
*FEDERAL INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA JOINT MANAGEMENT AND CULINARY AND BARTENDERS TRAINING FUND dba CULINARY ACADEMY OF LAS VEGAS,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER FAVA, an individual; JAIME MONARDES, an individual; HKM PRODUCTIONS INC., a Nevada corporation,<br><br>Defendants. | CASE NO.: 2:18-cv-00036-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING REPLY IN SUPPORT OF FEDERAL INSURANCE COMPANY'S MOTION TO QUASH PLAINTIFF'S SUBPOENA AND IN THE ALTERNATIVE FOR A PROTECTIVE ORDER, AND OPPOSITION TO CALV'S CROSS MOTION TO COMPEL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their undersigned counsel of record, that the time for Non-Party, Federal Insurance Company (hereinafter "Federal") to submit its Reply to CALV's Opposition to Federal's Motion to Quash Plaintiff's Subpoena and in the Alternative for a Protective Order is extended until **February 25, 2019**. Federal's Motion, ECF No. 83, was filed on January 30, 2019. CALV's Opposition, ECF 84, was filed on February 13, 2019. **Federal's Reply is currently due on**

**February 20, 2019**.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties hereto, by and through their undersigned counsel of record that the time for Non-Party, Federal Insurance Company to submit its Opposition to CALV's Cross-Motion to Compel is extended until **March 4, 2019.** CALV's Motion, ECF No. 85, was filed on February 13, 2019. **Federal's Opposition is currently due on February 27, 2019.** No hearing has been set in this matter. This is the Parties' first request.

**IT IS FURTHER STIPULATED AND AGREED** that the time for filing Reply in support of CALV's Cross-Motion to Compel will be extended to and including **March 11, 2019**.

This Stipulation to extend the time for filing of Oppositions and Replies is not for purposes of delay. Counsel for Non-Party Federal Insurance Company did not receive copies of CALV's Opposition and Cross-Motion to Compel until February 19, 2019.

The pending extension request will have no prejudice and is not sought for an improper purpose or delay.

| | |
|---|---|
| Dated February 19, 2019. | Dated February 19, 2019. |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | PYATT SILVESTRI |
| /s/ Bryce C. Loveland<br>BRYCE C. LOVELAND, ESQ.<br>Nevada Bar No. 6120<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>bcloveland@bhfs.com<br>*Attorney for Plaintiff* | /s/ James P.C. Silvestri<br>JAMES P.C. SILVESTRI, ESQ.<br>Nevada Bar. No. 3603<br>701 Bridger Ave., Suite 600<br>Las Vegas, NV 89101<br><br>-and-<br><br>ANGELO G. SAVINO<br>New York State Bar No. 1788066<br>COZEN O'CONNOR<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>ASavino@cozen.com<br>Attorneys for<br>*FEDERAL INSURANCE COMPANY* |

## ORDER

**IT IS SO ORDERED** that Federal's Reply to CALV's Opposition to Federal's Motion to Quash Plaintiff's Subpoena and in the Alternative for a Protective Order is due February 25, 2019.

**IT IS FURTHER ORDERED** that Non-Party, Federal Insurance Company's Opposition to CALV's Cross-Motion to Compel is due March 4, 2019 and CALV's Reply in support of the Cross-Motion to Compel is due March 11, 2019.

DATED this 21 day of February, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

Submitted by:

PYATT SILVESTRI

/s/ James P.C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar. No. 3603
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for *FEDERAL INSURANCE COMPANY*

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on, February 19, 2019, I received concurrence from Plaintiff's counsel, Bryce C. Loveland, counsel for Defendant, HKM Productions, Inc., John C. Courtney, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated February 19, 2019.

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603