JOHN C. COURTNEY, ESQ.
Nevada Bar No. 11092
LBC LAW GROUP
3215 W. Charleston Blvd., Ste. 120
Las Vegas, Nevada 89102
Ph.: (702) 608-3030
Fax: (702) 463-4443
info@lbclawgroup.com
*Attorneys for Defendant HKM Productions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas,<br><br>       Plaintiff<br><br>       v.<br><br>Christopher Fava, an individual; Jaime Monardes, an individual; Eclipse Theater, LLC, a Nevada limited liability company; Eclipse Theater Las Vegas, Limited Partnership, a Delaware Limited Partnership; 21 Greens Inc., a Nevada corporation; Federal Insurance Company, an Indiana corporation; HKM Productions Inc., a Nevada corporation,<br><br>       Defendants. | Case No.: 2:18-cv-00036-JCM-CWH |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Defendant HKM Productions, Inc. ("Defendant") and Plaintiff Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas ("Plaintiff"), by and through their respective undersigned counsel, that Defendant HKM Productions, Inc. be dismissed with prejudice from the above-captioned matter.

. . .

1

IT IS FURTHER STIPULATED that each party to this stipulation shall bear its own attorney's fees and costs incurred herein.

IT IS SO STIPULATED this 30th day of July, 2019.

| LBC LAW GROUP | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: /s/ John C. Courtney, Esq. <br> JOHN C. COURTNEY, ESQ. <br> Nevada Bar No. 11092 <br> SEBASTIAN F. GAJARDO, ESQ. <br> Nevada Bar No. 14874 <br> 3215 W. Charleston Blvd., Ste. 120 <br> Las Vegas, Nevada 89102 <br> Ph.: (702) 608-3030/Fax: (702) 463-4443 <br> Info@LBCLawGroup.com <br> *Attorneys for Defendant HKM Productions* | By: /s/ Troy P. Domina, Esq. <br> ADAM P. SEGAL, ESQ. <br> Nevada Bar No. 6120 <br> TROY P. DOMINA, ESQ. <br> Nevada Bar No. 13862 <br> 100 North City Pkwy., Suite 1600 <br> Las Vegas, Nevada 89106 <br> Ph.: (702) 382-2101/Fax: (702) 382-8135 <br> tdomina@bhfs.com <br> *Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

DATED August 2, 2019.

_____
UNITED STATES DISTRICT JUDGE