Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: asegal@bhfs.com
      bcloveland@bhfs.com

Attorneys for Plaintiff Board of Trustees of the
Southern Nevada Joint Management and Culinary and
Bartenders Training Fund dba Culinary Academy of
Las Vegas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas,<br>　　　　　　Plaintiff,<br>v.<br>Christopher Fava, an individual; Jaime Monardes, an individual; Eclipse Theater LLC, a Nevada limited liability company; Eclipse Theater Las Vegas, Limited Partnership, a Delaware Limited Partnership; 21 Greens Inc, a Nevada corporation; Federal Insurance Company, an Indiana corporation; HKM Productions Inc., a Nevada corporation,<br>　　　　　　Defendants. | CASE NO.: 2:18-cv-00036-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Plaintiff, the Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas ("CALV"), by and through its attorneys of record Adam P. Segal, Esq., and Bryce C. Loveland, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendant, Christopher Fava ("Fava"), by and

19969971

1

through his counsel of record Robert S. Larsen, Esq., David T. Gluth, II, Esq. and Jing Zhao, Esq., of the law firm of Gordon Rees Scully Mansukhani, LLP, and Defendant, Jaime Monardes ("Monardes"), by and through his counsel of record A.J. Kung, Esq., and Brandy Brown, Esq., of the law firm of Kung & Brown hereby agree, stipulate and request an order extending the deadline one week from Friday, November 29, 2019, to **Friday, December 6, 2019**, for Monardes to reply in support of his Motion for Summary Judgment (ECF No. 122); for Fava to reply in support of his Motion for Summary Judgment (ECF No. 123) for CALV to reply in support of its Motion for Summary Judgment Against Fava (ECF No. 124), and for CALV to reply in support of its Motion for Summary Judgment Against Monardes (ECF No. 125) (collectively the "Replies").

///

///

///

2

19969971

CALV requested, and Fava and Monardes have agreed, to a one-week extension to the Replies due to the upcoming deadlines occurring over the Thanksgiving holiday weekend. This extension is not sought for any improper purpose of delay or to prejudice the parties, but to allow all associated counsel the ability to spend the holiday with their families.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| /s/ Bryce C. Loveland | /s/ Jing Zhao |
| Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135 | Robert S. Larsen, Esq.<br>Nevada Bar No. 7785<br>David T. Gluth II, Esq.<br>Nevada Bar No. 10596<br>Jing Zhao, Esq.<br>Nevada Bar No. 11487<br>300 South Fourth St., Suite 1550<br>Las Vegas, NV 89101<br>Telephone: (702) 577-9301<br>Facsimile: (702) 255-2858 |
| Attorneys for Plaintiff | Attorneys for Defendant, Christopher Fava |
| Dated: November 20, 2019. | Dated: November 20, 2019. |

KUNG & BROWN

/s/ Annie J. Kung

Annie J. Kung, Esq.
Nevada Bar No. 7052
Brandy Brown, Esq.
Nevada Bar No. 9987
214 South Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-0883
Facsimile: (702) 382-2720

Attorney for Defendant, Jaime Monardes

Dated: November 20, 2019.

3

19969971

**O R D E R**

**IT IS ORDERED that the Replies to Motions for Summary Judgment (ECF No. 122, 123, 124 and 125) are due on Friday, December 6, 2019.**

_____
UNITED STATES DISTRICT JUDGE

**CASE NO. 2:18-cv-00036-JCM-DJA**

**DATED:** _November 22, 2019_____

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

19969971