Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: asegal@bhfs.com
       bcloveland@bhfs.com

Attorneys for Plaintiff Board of Trustees of the
Southern Nevada Joint Management and Culinary and
Bartenders Training Fund dba Culinary Academy of
Las Vegas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas,<br>　　　　Plaintiff,<br>v.<br>Christopher Fava, an individual; Jaime Monardes, an individual; Eclipse Theater LLC, a Nevada limited liability company; Eclipse Theater Las Vegas, Limited Partnership, a Delaware Limited Partnership; 21 Greens Inc, a Nevada corporation; Federal Insurance Company, an Indiana corporation; HKM Productions Inc., a Nevada corporation,<br>　　　　Defendants. | CASE NO.: 2:18-cv-00036-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO JAIME MONARDES'S MOTION TO AMEND OR WITHDRAW MONARDES'S RESPONSES TO CALV'S REQUESTS FOR ADMISSIONS**<br><br>**[FIRST REQUEST]** |

Plaintiff, the Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas ("CALV"), by and through its attorneys of record Adam P. Segal, Esq., and Bryce C. Loveland, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendant, Jaime Monardes ("Monardes"), by and

1

19969971

through his counsel of record A.J. Kung, Esq., and Brandy Brown, Esq., of the law firm of Kung & Brown hereby stipulate and request an order extending the response deadline eight days from Thursday, November 28, 2019, to **Friday, December 6, 2019**, for CALV to respond to Monardes's Motion to Amend or Withdraw Monardes's Responses to CALV's Requests For Admissions (ECF #135) and until **Friday, December 13, 2019**, for Monardes to reply in support of his Motion to Amend or Withdraw (ECF No. 135).

CALV has requested and Monardes has agreed to an eight-day extension due to the upcoming deadlines occurring over the Thanksgiving holiday weekend. This extension is not sought for any improper purpose of delay or to prejudice the parties, but to allow all associated counsel the ability to spend the holiday with their families.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KUNG & BROWN |
| /s/ Bryce C. Loveland | /s/ Annie J. Kung |
| Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135 | Annie J. Kung, Esq.<br>Nevada Bar No. 7052<br>Brandy Brown, Esq.<br>Nevada Bar No. 9987<br>214 South Maryland Parkway<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-0883<br>Facsimile: (702) 382-2720 |
| Attorneys for Plaintiff | Attorney for Defendant, Jaime Monardes |
| Dated: November 22, 2019. | Dated: November 22, 2019. |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

2

19969971

# ORDER

**IT IS ORDERED that CALV's response to Jaime Monardes's Motion to Amend or Withdraw Monardes's Responses to CALV's Requests For Admissions (ECF #135) is due on Friday, December 6, 2019, and Monardes's reply in support of his Motion to Amend or Withdraw is due on Friday, December 13, 2019.**

_____
Daniel J. Albregts
United States Magistrate Judge
Case No. 2:18-cv-0036-JCM-DJA

**DATED:** November 25, 2019

3
19969971