Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
Email: asegal@bhfs.com
        bcloveland@bhfs.com

Attorneys for Plaintiff Board of Trustees of the
Southern Nevada Joint Management and Culinary and
Bartenders Training Fund dba Culinary Academy of
Las Vegas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas,<br><br>               Plaintiff,<br><br>v.<br><br>Christopher Fava, an individual; Jaime Monardes, an individual; Eclipse Theater LLC, a Nevada limited liability company; Eclipse Theater Las Vegas, Limited Partnership, a Delaware Limited Partnership; 21 Greens Inc, a Nevada corporation; Federal Insurance Company, an Indiana corporation; HKM Productions Inc., a Nevada corporation,<br><br>           Defendants. | CASE NO.:  2:18-cv-00036-JCM-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PRETRIAL ORDER**<br><br>**[FIRST REQUEST]** |

Plaintiff, the Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas ("CALV"), Defendant Christopher Fava ("Fava") and Defendant Jaime Monardes ("Monardes"), hereafter collectively

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1

referred to as the Parties, by and through their counsel of record, hereby stipulate and request an order extending the deadline to file the pretrial order in this case.

On October 25, 2019, the Parties filed motions for summary judgment regarding CALV's claims of fiduciary breach under the Employee Retirement Income Security Act of 1974. (*See* ECF Nos. 122-125.) On July 15, 2020, the Court issued an order addressing the Parties' dispositive motions. (ECF No. 172.) The controlling Scheduling Order in this case states that "[i]n the event a timely dispositive motion is filed, the deadline to submit the pretrial order shall be suspended until thirty (30) days after a decision on such motion." (ECF No. 98, filed June 18, 2019). Accordingly, the deadline to file the pretrial order is currently **August 14, 2020**.

CALV has recently communicated to Fava and Monardes that it intends to file a Motion for Relief from Order pursuant to Federal Rule of Civil Procedure 60 ("Motion for Relief"). Additionally, the Parties agree that given the large amount of documents and witnesses in this matter, and the administrative obstacles presented by the current pandemic, additional time would benefit the Parties to prepare the pretrial order.

The Parties have therefore agreed on the following:

1.    The deadline to file a pretrial order will be thirty (30) days after a decision on CALV's forthcoming Motion for Relief; or

2.    In the event CALV does not file a Motion for Relief, the deadline to file the pretrial order will be extended sixty (90) additional days, to **November 12, 2020**.

///

///

///

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

21335048

1    This extension is not sought for any improper purpose of delay or to prejudice the Parties,

2    but to allow the Parties ample to review the documents and other facts in this case in preparation

3    of providing a satisfactory pretrial order to this Court.

4    BROWNSTEIN HYATT FARBER                    KUNG & BROWN
     SCHRECK, LLP
5

6    /s/ Bryce C. Loveland                      /s/ Brandy Brown
     Adam P. Segal, Esq.                        Annie J. Kung, Esq.
7    Nevada Bar No. 6120                        Nevada Bar No. 7052
     Bryce C. Loveland, Esq.                    Brandy Brown, Esq.
8    Nevada Bar No. 10132                       Nevada Bar No. 9987
     100 North City Parkway, Suite 1600         214 South Maryland Parkway
9    Las Vegas, NV 89106-4614                   Las Vegas, Nevada  89101
     Telephone: 702.382.2101                    Telephone: (702) 382-0883
10   Facsimile: 702.382.8135                    Facsimile: (702) 382-2720
11

12   Attorneys for Plaintiff                    Attorney for Defendant Jaime Monardes

13
     Dated:  July 24, 2020.                     Dated:  July 24, 2020.
14

15   GORDON REES SCULLY MASUKHANI
     LLP
16

17   /s/ Robert S. Larsen
     ROBERT S. LARSEN, ESQ
18   DAVID T. GLUTH, II, ESQ.
     300 So. 4th Street, Suite 1550
19   Las Vegas, NV 89101
     Telephone: (702) 577-9301
20   Facsimile: (702) 255-2858

21   Attorneys for Defendant Christopher Fava

22   Dated:  July 24, 2020.

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

21335048

**O R D E R**

      **IT IS ORDERED** that the deadline for the Parties to file a pretrial order in this matter is extended according to the following:

      1.      **The deadline to file a pretrial order will be thirty (30) days after a decision on CALV's forthcoming Motion for Relief; or**

      2.      **In the event CALV does not file a Motion for Relief, the deadline to file the pretrial order will be extended** ninety **(90) additional days, to November 12, 2020.**

_____

UNITED STATES MAGISTRATE JUDGE

**CASE NO. 2:18-cv-00036-JCM-DJA**

**DATED:** __ July 27, 2020     _____

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

4

21335048