1  Adam P. Segal, Esq., Nevada Bar No. 6120
2  Bryce C. Loveland, Esq., Nevada Bar No. 10132
   BROWNSTEIN HYATT FARBER SCHRECK, LLP
3  100 North City Parkway, Suite 1600
   Las Vegas, NV  89106-4614
4  Telephone: 702.382.2101
   Facsimile: 702.382.8135
5  Email: asegal@bhfs.com
          bcloveland@bhfs.com
6
7  Attorneys for Plaintiff Board of Trustees of the
   Southern Nevada Joint Management and Culinary and
8  Bartenders Training Fund dba Culinary Academy of
   Las Vegas
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas,<br>          Plaintiff,<br>v.<br><br>Christopher Fava, an individual; Jaime Monardes, an individual; Eclipse Theater LLC, a Nevada limited liability company; Eclipse Theater Las Vegas, Limited Partnership, a Delaware Limited Partnership; 21 Greens Inc, a Nevada corporation; Federal Insurance Company, an Indiana corporation; HKM Productions Inc., a Nevada corporation,<br>          Defendants. | CASE NO.:  2:18-cv-00036-JCM-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO STAY PROCEEDINGS PENDING MEDITATION**<br><br>**[FIRST REQUEST]** |

Plaintiff, the Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas ("CALV"), Defendant Christopher Fava ("Fava") and Defendant Jaime Monardes ("Monardes") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and request an Order staying

1

21677285

all proceedings in this matter to accommodate the Parties' attempt to resolve this dispute through mediation.

On October 25, 2019, the Parties filed motions for summary judgment regarding CALV's claims of fiduciary breach under the Employee Retirement Income Security Act of 1974. *See* ECF Nos. 122-125. On July 15, 2020, the Court issued an order addressing the Parties' dispositive motions. ECF No. 172. On July 27, 2020, the Court signed an order effectuating the Parties' Joint Stipulation to Extend the Deadline to File a Pretrial Order, and staying this matter until 30 days after this Court resolved CALV's Motion for Relief pursuant to Federal Rule of Civil Procedure 60 (the "Motion for Relief"). *See* ECF No. 174. Not long after that Order was signed, CALV filed its Motion for Relief. *See* ECF No. 175. Both Fava and Monardes filed their own counter-motions to CALV's Motion for Relief. *See* ECF No. 177; ECF No. 181. Under the July 27, 2020, Order, the time to file a Pretrial Order is currently stayed until 30 days after CALV's Motion for Reconsideration is resolved by this Court. *See* ECF No. 174.

The Parties have recently agreed to attempt to resolve this matter in mediation conducted by the Honorable Philip M. Pro, retired U.S. District Court Judge. The Parties believe that mediation could possibly lead to an amicable resolution of this matter. The Parties therefore ask this Court to issue an order staying all proceedings in this case until after the parties have concluded mediation before the Honorable Philip M. Pro.

The Parties agree that if no resolution is achieved at the mediation, the Parties shall file a status report within fourteen (14) days after the conclusion of the mediation to inform the Court. The Parties further agree to provide a status report to the Court on January 8, 2020, if they have not done so prior to that date, to inform the Court on the status of the meditation.

The Parties also agree that if they do not achieve resolution through mediation, the Court's previous Order to Extend the Deadline to File a Pretrial Order will continue to be in effect. *See* ECF No. 174.

21677285

The Parties' joint request to stay these proceedings is not sought for any improper purpose of delay or to prejudice the Parties, but to allow the Parties to attempt to effectively and fairly resolve this dispute in mediation while preserving the Parties' and this Court's resources.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KUNG & BROWN |
|---|---|
| /s/ Bryce C. Loveland | /s/ Annie J. Kung |
| Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135 | Annie J. Kung, Esq.<br>Nevada Bar No. 7052<br>Brandy Brown, Esq.<br>Nevada Bar No. 9987<br>214 South Maryland Parkway<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-0883<br>Facsimile: (702) 382-2720 |
| Attorneys for Plaintiff | Attorney for Defendant Jaime Monardes |
| Dated: October 6, 2020. | Dated: October 6, 2020. |

GORDON REES SCULLY MASUKHANI LLP

/s/ Robert S. Larsen

ROBERT S. LARSEN, ESQ
DAVID T. GLUTH, II, ESQ.
300 So. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858

Attorneys for Defendant Christopher Fava

Dated: October 6, 2020.

3

21677285

**O R D E R**

**IT IS ORDERED** that all proceedings in this case are stayed until after the parties have concluded mediation, subject to the following requirements:

1. If no resolution is achieved at the mediation, the Parties shall file a status report within fourteen (14) days after the conclusion of the mediation to inform the Court;

2. The Parties shall provide a status report to the Court on January 4, 2020, if they have not done so prior to that date, to inform the Court on the status of the meditation; and

3. If the Parties do not achieve resolution through mediation, the Court's previous Order to Extend the Deadline to File a Pretrial Order will continue to be in effect. *See* ECF No. 174.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**   October 9, 2020

21677285