Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
Email: asegal@bhfs.com
       bcloveland@bhfs.com

Attorneys for Plaintiff Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas,<br>　　　　　　Plaintiff,<br>v.<br>Christopher Fava, an individual; Jaime Monardes, an individual; Eclipse Theater LLC, a Nevada limited liability company; Eclipse Theater Las Vegas, Limited Partnership, a Delaware Limited Partnership; 21 Greens Inc, a Nevada corporation; Federal Insurance Company, an Indiana corporation; HKM Productions Inc., a Nevada corporation,<br>　　　　　　Defendants. | CASE NO.:  2:18-cv-00036-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　Plaintiff, the Board of Trustees of the Southern Nevada Joint Management and Culinary and Bartenders Training Fund dba Culinary Academy of Las Vegas, Defendant Christopher Fava and Defendant Jaime Monardes, by and through their undersigned counsels of record, stipulate

22041882

1

and agree to dismiss this action with prejudice, each party to bear its own fees and costs.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KUNG & BROWN |
|---|---|
| /s/ Bryce C. Loveland | /s/ Annie J. Kung |
| Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135 | Annie J. Kung, Esq.<br>Nevada Bar No. 7052<br>Brandy Brown, Esq.<br>Nevada Bar No. 9987<br>214 South Maryland Parkway<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-0883<br>Facsimile: (702) 382-2720 |
| Attorneys for Plaintiff | Attorneys for Defendant Jaime Monardes |
| Dated: January 4, 2021. | Dated: January 4, 2021. |

GORDON REES SCULLY MASUKHANI LLP

/s/ Robert S. Larsen

Robert S. Larsen, Esq.
David T. Gluth, II, Esq.
300 So. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858

Attorneys for Defendant Christopher Fava

Dated: January 4, 2021.

**ORDER**

IT IS SO ORDERED.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

**CASE NO. 2:18-cv-00036-JCM-DJA**

**DATED:** January 8, 2021

2

22041882